# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VERONICA RIVERA AGUILERA, | )<br>) |
| Plaintiff, | )<br>) Case No. 2:14-cv-00271-JAD-NJK |
| vs. | )<br>) ORDER |
| PANDA EXPRESS, INC., *et. al.*, | )<br>) |
| Defendants. | )<br>) |

  This matter is before the Court on the parties' Joint Stipulated Discovery Plan and Scheduling Order.  Docket No. 11.  The proposed discovery plan misstates Local Rule 26-4, in that it provides that requests to extend deadlines in the scheduling order need only be filed 21 days before the discovery cut-off date.  *See id.* at 3.  Local Rule 26-4 requires that any request to extend deadlines set forth in the scheduling order must be submitted at least <u>21 days before the subject deadline</u>.  For example, any request to extend the deadline for initial expert disclosures must be filed at least 21 days before the expiration of <u>that deadline</u>.  Such a request filed only 21 days before the discovery cut-off would be untimely.

//

//

In an effort to ensure future compliance and complete understanding of the Local Rules, the Court hereby ORDERS each attorney of record in this matter[1] to file a certification with the Court no later than April 22, 2014, indicating that they have read and comprehend Local Rules 26-4 and 26-1.

IT IS SO ORDERED.

DATED: April 16, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] This includes: Jason G. Revzin, G. Asa Ginapp, and Seth L. Reszko.

2